## CERTIFICATE

I, SHARON GERVASONI, Assistant General Counsel, United States Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland, 20815, certify that the attached documents are true copies of documents contained in the parole file of **Kellis Djon Jackson (AKA Kelles Dion Jackson )**, Register Number **13872-083**, reviewed by me on the date stated below.

IN WITNESS WHEREOF, I have signed this 15th day of June, 2010, and have affixed the seal of the United States Parole Commission.

*Sharon Gervasoni*
Sharon Gervasoni
Assistant General Counsel
U.S. Parole Commission

