IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLIS DJON JACKSON,

    Petitioner,

v.

WARDEN C. HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-193-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Kellis Djon Jackson's petition for a writ of habeas corpus for failure to show that he is custody in violation of the Constitution or the laws of the United States and this case is dismissed.

_____    3/7/2011
Peter Oppeneer, Clerk of Court    Date